RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Miguel Joel Almaraz-Mendoza

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MIGUEL JOEL ALMARAZ-MENDOZA,<br><br>         Defendant. | Case No. 2:20-cr-00340-RFB-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Miguel Joel Almaraz-Mendoza, that the Revocation Hearing currently scheduled on June 26, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to negotiate a potential non-hearing resolution.

2. The defendant is in of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 10th day of June 2025.

3

4   RENE L. VALLADARES                    SIGAL CHATTAH
    Federal Public Defender                United States Attorney
5

6
    By /s/ Keisha K. Matthews             By /s/ Richard Anthony Lopez
7   KEISHA K. MATTHEWS                    RICHARD ANTHONY LOPEZ
    Assistant Federal Public Defender     Assistant United States Attorney
8

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL JOEL ALMARAZ-MENDOZA,<br><br>　　　　Defendant. | Case No. 2:20-cr-00340-RFB-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, June 26, 2025 at 8:30 a.m., be vacated and continued to August 4, 2025 at 12:15 p.m　　:

DATED this 11th day of June 2025.

_____
UNITED STATES DISTRICT JUDGE